IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 93–cv–01696–EWN

LARRY GORDON,

      Plaintiff,

v.

PATRICK J. SULLIVAN, Sheriff of
Arapahoe County,

      Defendant.

---

## ORDER

---

      This case, which the court dismissed with prejudice over twelve years ago, is now before the court again on Plaintiff's motion to reopen it (#33). The court, having reviewed the motion, finds and concludes that Plaintiff has stated no basis for reopening the case. Accordingly, it is

      ORDERED that the motion to reopen be DENIED.

      Dated this 13th day of March, 2006.

                            BY THE COURT:

                            s/ Edward W. Nottingham
                            EDWARD W. NOTTINGHAM
                            United States District Judge